BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MATTHEW MORRIS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JERRY EDWARD KUWATA,<br><br>  Defendant. | CASE NO.  2:11-CR-00429 KJM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date: April 16, 2013<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

The parties request that the sentencing hearing set for Tuesday, April 16, 2013, at 9:45 a.m., be continued to Tuesday, September 10, 2013, at 9:45 a.m.  The defendant has pleaded guilty and is cooperating with the United States in its ongoing investigation and prosecution of this case.  The continuance is necessary in order to allow the defendant to continue his cooperation, and for the United States to be able to provide a reasoned sentencing recommendation based upon all of the relevant factors in this case, including the defendant's cooperation.

///

///

///

///

In addition, a presentence report has not yet been completed by the United States Probation Office.

IT IS SO STIPULATED.

DATED: April 10, 2013                    Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Kyle Reardon*
KYLE REARDON
MATTHEW MORRIS
Assistant U.S. Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: April 10, 2013                    */s/ Kyle Reardon for*
KRESTA DALY
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY EDWARD KUWATA,<br><br>Defendant. | CASE NO. 2:11-CR-00429 KJM<br><br>ORDER CONTINUING SENTENCING<br><br>Date: April 16, 2013<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

For the reasons stated in the parties' stipulation and proposed order, the request to continue the sentencing hearing set for April 16, 2013, until September 10, 2013, is granted.

IT IS SO ORDERED.

DATED: 4/10/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge