BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY KUWATA,<br><br>Defendant. | CASE NO. 2:11-cr-429 JAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to continue the judgment and sentencing of Jerry Kuwata to December 3, 2013, in light of the impending trial set to proceed on October 16, 2013.

IT IS SO STIPULATED.


Dated: September 6, 2013          BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Michele Beckwith
                                  Michele Beckwith
                                  Assistant United States Attorney

1

Dated: September 6, 2013

/s/ Kresta N. Daly
Kresta N. Daly
Counsel for Defendant Jerry Kuwata

**ORDER**

IT IS SO ORDERED this 9th day of September, 2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2