BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MICHELE M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-429 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM DECEMBER 3, 2013, TO JUNE 3, 2014** |
| JERRY EDWARD KUWATA, and ANTHONY VINCENT ZITO, | |
| Defendants. | |

The parties request that the judgment and sentencing currently set for December 3, 2013, at 9:45 a.m., be continued to June 3, 2014, at 9:45 a.m.

///

///

///

///

///

///

///

///

///

The following filing dates will apply:

|  | **Old Date** | **New Date** |
|---|---|---|
| Draft PSR Filed | October 22, 2013 | April 22, 2014 |
| Informal Objections Due | November 5, 2013 | May 6, 2014 |
| Final PSR Filed | November 12, 2013 | May 13, 2014 |
| Formal Objections / Motion for Correction of PSR | November 19, 2013 | May 20, 2013 |
| Sentencing Memorandum | November 26, 2013 | May 27, 2013 |
| Reply or Statement of Non-opposition | November 29, 2013 | May 30, 2013 |
| Judgment and Sentencing | December 3, 2013 | June 3, 2014 |

Dated: November 27, 2013         Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: November 27, 2013         */s/ Kyle Reardon* for
KRESTA DALY
Attorney for Defendant Kuwata

Dated: November 27, 2013         */s/ Kyle Reardon* for
JIM HENDERSON, SR.
Attorney for Defendant Zito

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY EDWARD KUWATA, and ANTHONY VINCENT ZITO,<br><br>Defendants. | CASE NO. 2:11-CR-00429 JAM<br><br>**ORDER CONTINUING JUDGMENT AND SENTENCING FROM DECEMBER 3, 2013, TO JUNE 3, 2014** |

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for December 3, 2013, at 9:45 a.m., is continued to June 3, 2014, at 9:45 a.m.

Dated: 11/27/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge