BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
MICHELE M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00429 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| JERRY EDWARD KUWATA, | |
| Defendant. | Date: June 3, 2014<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

The parties request that the judgment and sentencing status conference set for Tuesday, June 3, 2014, at 9:45 a.m., be continued to Tuesday, October 21, 2014, at 9:30 a.m. The defendant has pleaded guilty and is cooperating with the United States in its ongoing investigation and prosecution of this case. The continuance is necessary in order to allow the defendant to continue his cooperation, and for the United States to be able to provide a reasoned sentencing recommendation based upon all of the relevant factors in this case, including the defendant's cooperation.

///

///

///

///

In addition, a presentence report has not yet been completed by the United States Probation Office.

IT IS SO STIPULATED.

DATED: June 2, 2014                                Respectfully Submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                            By:    */s/ Kyle Reardon*
                                                   KYLE REARDON
                                                   MICHELE M. BECKWITH
                                                   Assistant U.S. Attorneys

                                                   Attorneys for Plaintiff
                                                   UNITED STATES OF AMERICA

DATED: June 2, 2014                                */s/ Kyle Reardon for*
                                                   KRESTA DALY
                                                   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JERRY EDWARD KUWATA,<br><br>         Defendant. | CASE NO. 2:11-CR-00429 JAM<br><br>**ORDER CONTINUING SENTENCING**<br><br>Date: June 3, 2014<br>Time: 9:45 a.m.<br>Court: Hon. John A. Mendez |

For the reasons stated in the parties' stipulation and proposed order, the request to continue the sentencing hearing set for June 3, 2014, at 9:45 a.m. until October 21, 2014, at 9:30 a.m., is granted.

    IT IS SO ORDERED.

DATED: 6/2/2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge