BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-429 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUATION OF THE JUDGMENT AND SENTENCING FOR JERRY EDWARD KUWATA |
| v. | |
| JERRY EDWARD KUWATA, | DATE: October 21, 2014 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate to a continuance of the date for judgment and sentencing for Jerry Edward Kuwata, and request that the Court grant such continuance.

Mr. Kuwata has not yet been interviewed by the Probation Department, and additional time is needed for such interview and the preparation of a presentence investigation report. In light of this need, and the need for additional time to finalize such report following any objections from the parties, as well as counsels' schedule during the upcoming holidays, the parties ask the Court to continue the date for judgment and sentencing to February 10, 2015 at 9:30 a.m.

///

///

///

| | |
|---|---|
| Dated:  October 9, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ MICHELE BECKWITH<br>MICHELE BECKWITH<br>Assistant United States Attorney |
| Dated:  October 9, 2014 | /s/ *Michele Beckwith for*<br>KRESTA NORA DALY<br>Counsel for Defendant<br>JERRY EDWARD KUWATA |

**FINDINGS AND ORDER**

For the reasons set forth in the parties' stipulation, the request to continue the sentencing hearing currently set for October 21, 2014 to February 10, 2015 at 9:30 a.m., is hereby granted.

SO ORDERED this 9th day of October, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2