Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
JERRY KUWATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JERRY KUWATA,<br><br>　　　　　Defendant. | Case No. 2:11-CR-00429-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:　February 10, 2015<br>Time:　9:30 a.m.<br>Judge: Honorable John A. Mendez |

　　　It is hereby stipulated and agreed to between the United States of America through Michele Beckwith, Assistant U.S. Attorney, and defendant Jerry Kuwata, through his counsel, Kresta Nora Daly, that the sentencing set for February 10, 2015 be vacated and that a new sentencing date be set for April 28, 2015 at 9:15 a.m.

///
///
///
///
///
///
///

1  Dated: February 6, 2015          Respectfully submitted,

2                                   BARTH DALY LLP

3

4                                   By___/s/ Kresta Nora Daly_____
                                       KRESTA NORA DALY
5                                      Attorneys for JERRY KUWATA

6

7  Dated: February 6, 2015          By___/s/ Kresta Nora Daly_____
                                       MICHELE BECKWITH
8                                      Assistant United States Attorney

9                                       **O R D E R**

10         **IT IS SO ORDERED.**

11 Dated:  2/9/2015

12                                   /s/ John A. Mendez_____
                                     HONORABLE JOHN A. MENDEZ
13                                   UNITED STATES DISTRICT COURT JUDGE